

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00051-CV

Bertha Ines **TORRES**, Individually for the Wrongful Death of Benjamin Torres, as Representative of the Estate of Benjamin Torres, Deceased, and as Next Friend of Michael Rene Torres, Rose Marie Torres, and Joaquin Gael Torres, Minor Children; et. al,
Appellants

v.

**UPPER VALLEY HELPSOURCE, INC**. and TIBH Industries, Inc.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-02-56845-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On April 12, 2017, the parties filed a joint motion to abate this appeal pending attempts to resolve this matter through alternative dispute resolution. The motion to abate was granted and Appellant was ordered to file either a motion to dismiss the appeal or a motion to reinstate this appeal no later than July 18, 2017.

On July 18, 2017, Appellant filed a motion for extension of time until July 25, 2017, to allow the mediation negotiations to continue. Appellant's motion is GRANTED. Appellant is ordered to file either a motion to dismiss or a motion to reinstate this appeal no later than July 25, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk